ACCEPTED
05-15-00234-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 2:52:00 PM
LISA MATZ
CLERK

**Civil Action No. 05-15-00234-CV**

**IN THE FIFTH COURT OF APPEALS
AT DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

3/31/2015 2:52:00 PM

LISA MATZ
Clerk

**WHOLDEMICHAEL ENDRIAS
Respondent – Appellant**

**v.**

**LEMLEM GEBREMICHAEL
Petitioner - Appellee**

On Appeal from the 330th Family District Court
of Dallas County, Texas
Hon. Andrea D. Plumlee, Presiding
No. DF-13-12223

**APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND
TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

WHOLDEMICHAL ENDRIAS, Appellant in the above-styled and numbered appeal, files this his Appellant's Unopposed First Motion for Extension of Time to File Appellant's Brief and in support thereof would show the Court the following:

1.     This is an appeal from a Final Decree of Divorce of the 330th Judicial District Court of Dallas County singed on December 1, 2014 in No. DF-13-12223, styled *In The Matter of the Marriage of Wholdemichael and Lemlem Gebremichael and In the Interest of Monica Bebrehiwot and Sened Gebrehiwot, Children*.

2.     A timely notice of appeal was filed on February 25, 2015.

3.     The First Supplemental Designation of Clerk's Record was filed on March 11, 2015.

4.     The Reporter's Record was filed on March 16, 2015.

5.      Appellant's brief is due on or before April 15, 2015.

6.      Appellant's counsel has unexpectedly taken over a number of a cases, some of which have impeding deadlines and because of the sudden and unexpected requirements of these cases, counsel has been unable to complete the brief for Appellant in this case.  Moreover, Appellant has unexpectedly been required to travel outside of Texas and has limited opportunity to confer with his counsel.

7.      Appellant respectfully requests that this Court, pursuant to Tex.R.App. 38.6, extend the time for filing Appellant's Brief an additional thirty (30) days, to and including May 15, 2015.

8.      No previous extensions of time have been sought by Appellant in this case.

9.       Both counsel for Appellee's have been consulted and have stated that they do not oppose this motion.

WHEREFORE, Appellant prays that the Court grant this motion and that he have such further relief to which he may be entitled.

Respectfully submitted,

**GARCIA-WINDSOR, P.C.**
2603 Oak Lawn Avenue, Suite 200
Dallas, Texas 75219
Office: 469-412-1294
Facsimile: 214-736-3858
Isabela@Legal-Isa.com

BY:   _/s/ Isabela Amie Garcia_
              Isabela Amie Garcia
              State Bar No. 24061042

**ATTORNEY FOR APPELLANT**

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Lemlem Gebremichael
Lead attorney: John A. Weninger
Address of service: 3121 N. Fitzhugh Ave., Dallas, TX 75204
Method of service: by fax at 214-599-0008
Date of service: March 31, 2015

Party: Tombossa Negusse
Lead attorney: Kevin Stuart Wiley, Jr.
Address of service: 325 North Paul St., Suite 4400, Dallas, TX 75201
Method of service: by fax at 469-619-5725
Date of service: March 31, 2015

      A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Civil Procedure.

/s/ Isabela Amie Garcia
*Attorney for Respondent*